# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEVON RICHARD

NO. 2019 KW 0967

SEP 3 0 2019

In Re: Devon Richard, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 509005.

BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.

WRIT DENIED. The failure to file a pretrial motion to quash waives any challenge to the grand jury. See La. Code Crim. P. arts. 535(C), 521(A), & 535(D). Furthermore, the criminal court minutes were amended in accordance with the grand jury transcript to show that twelve grand jurors were present and that at least nine jurors concurred in the indictment in this case. When there is a discrepancy between the minutes and the transcript, the transcript prevails. **State v. Lynch,** 441 So.2d 732 (La. 1983). Therefore, the district court did not err by denying the motion and no contradictory hearing is required.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT